UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LONNIE LEE BANARK,<br><br>　　　　　Petitioner,<br>v.<br>WARDEN ADAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:16-cv-01948-JAD-PAL<br><br>ORDER<br><br>[ECF Nos. 13-25, 27-31] |

Over the past few days, *pro se* habeas petitioner Lonnie Lee Banark has filed what he styled as eighteen motions (ECF Nos. 13-25, 27-31).

First, the court turns to Banark's motion for leave to file a second-amended petition, to which he attached a proposed amended petition (ECF No. 21). Banark's motion for leave to file a second-amended petition is granted.

Second, Banark is advised that he need not—and indeed, shall not—include with exhibits a purported motion for leave to file each exhibit. This is unnecessary. In the interest of judicial efficiency, the Clerk of Court is directed to change the docket entries (ECF Nos. 13-20, 22-25, 27-31) from motions to instead reflect that each exhibit has been filed. In the future, Banark is directed to simply file the exhibit, with no motion. Banark has noted that he is low on legal supplies. Eliminating unnecessary motions will conserve supplies and preserve a workable docket. The court has previously advised Banark that that he need not provide state-court documents because Habeas Rule 5 directs the respondents to provide the relevant state-court record.

Relatedly, the court directs that, in respondents' response to the second-amended petition, they still file the entire relevant state-court record. However, respondents must number their exhibits to continue sequentially where petitioner has left off.[1]

**IT IS THEREFORE ORDERED** that petitioner's motion to file a second-amended petition (ECF No. 21) is **GRANTED**. The Clerk of Court is directed to **detach and file** ECF No. 21-1, pp. 2-12 as the second-amended petition. This court's scheduling order of November 1, 2016, remains in effect, with **respondents' response now due March 21, 2017** (*see* ECF No. 5).

**IT IS FURTHER ORDERED** that the Clerk **shall correct the docket** to reflect that ECF Nos. 13-20, 22-25, and 27-31 are not motions. Instead, the Clerk **shall rename** ECF Nos. 13-20, 22-25, and 27-31 as only the underlying exhibit number. For example, ECF No. 13 shall be renamed "Exhibit 19."

DATED: 23 December 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] The court recognizes that this may result in some duplicate exhibits, but the manner in which some of petitioner's exhibits have been filed make them difficult to navigate.

2