UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LONNIE LEE BANARK,<br><br>                Petitioner,<br>v.<br><br>WARDEN ADAMS, et al.,<br><br>                Respondents. | Case No. 2:16-cv-01948-JAD-PAL<br><br>ORDER |

Before the court is *pro se* habeas petitioner Lonnie Lee Banark's motion for court to identify the staff attorney to whom the parties were directed to send courtesy copies of filings in this case (ECF No. 37).  Banark's motion is denied.  Moreover, the court reiterates—for at least the third time in this case—that Banark need not provide state-court documents because Habeas Rule 5 directs that respondents provide the relevant state-court record.  The court also confirms that it has received Banark's courtesy copies.  Finally, the court cations Banark that his numerous unnecessary motions will only delay the prompt resolution of his petition.

**IT IS THEREFORE ORDERED** that petitioner's motion to identify staff attorney (ECF No. 37) is **DENIED**.

DATED: 10 January 2017.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

1