# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lonnie Lee Banark,<br><br>    Petitioner<br><br>v.<br><br>Warden Adams, et al.,<br><br>    Respondents | 2:16-cv-01948-JAD-PAL<br><br>**Order Granting Motion to Extend Time**<br><br>[EC No. 47] |

    Respondents request a 21-day extension to respond to Banark's four-page opposition to their dismissal motion. Respondents' counsel represents that he needs the extension because he has two other cases pending. I grant respondents' motion for extension, but I caution that no further extensions will be granted absent extraordinary circumstances. Accordingly, with good cause appearing,

    IT IS HEREBY ORDERED that respondents' motion to extend time [ECF No. 47] is GRANTED. Respondents' reply is due by April 18, 2017.

    Dated this 12th day of April, 2017.

_____
Jennifer A. Dorsey
United States District Judge