# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Lonnie Lee Banark,

    Petitioner

v.

Warden Adams,

    Respondent

Case No. 2:16-cv-001948-JAD-PAL

**Order Denying Motions**

[ECF Nos. 80, 81, 83]

    Lonnie Lee Banark brings this habeas petition to challenge his 2014 state-court conviction for driving or being in actual physical control while under the influence of intoxicating liquor.[1] Merits briefing is complete, and Banark has filed a handful of motions asking the court to hold a hearing on his petition and issue a decision.[2]

    The court is fully aware of Banark's case and its status. But Banark's petition is just one of hundreds of habeas petitions pending in this district, and merits decisions on habeas petitions are highly involved, time-consuming projects that demand a significant amount of the court's time. Banark is advised that his petition is in line for decision and that the court will issue that decision as soon as possible, but Banark has presented no grounds for expedited treatment of his case. And, if the court determines when evaluating Banark's petition that a hearing is necessary, it will order one at that time.

---

[1] ECF No. 34.
[2] ECF Nos. 80, 81, 83.

Accordingly, IT IS HEREBY ORDERED that the motions for hearing and expedited decision **[ECF Nos. 80, 81, 83] are DENIED.** The court will address Banark's petition in due course.

Dated: April 23, 2019

_____
U.S. District Judge Jennifer A. Dorsey