# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Lonnie Lee Banark,

    Petitioner

v.

Warden Adams, et al.,

    Respondents

Case No. 2:16-cv-001948-JAD-BNW

**Order Denying Motions**

[ECF Nos. 85, 87, 88, 90, 92]

    Lonnie Lee Banark brings this habeas petition to challenge his 2014 state-court conviction for driving or being in actual physical control while under the influence of intoxicating liquor.[1] Merits briefing is complete, and Banark continues to file motions asking the court to hold a hearing on his petition and issue a decision.[2]

    Again, the court is fully aware of Banark's case and its status. But Banark's petition remains just one of hundreds of habeas petitions pending in this district, and merits decisions on habeas petitions are highly involved, time-consuming projects that demand a significant amount of the court's time. Banark is advised that his petition is in line for decision and that the court will issue that decision as soon as possible, but Banark has presented no grounds for expedited treatment of his case. And, if the court determines when evaluating Banark's petition that a hearing is necessary, it will order one then. Banark's practice of filing additional hurry-up-and-decide-my-case motions every few weeks only further delays a ruling on his petition because it

---

[1] ECF No. 34.
[2] ECF Nos. 85, 87, 88, 92.

forces the court to take time away from the merits analysis to address these rapidly piling-up motions.

Banark also asks the court to order the Nevada Attorney General to stop assigning new attorneys to his case.[3] He suggests that this practice is delaying the resolution of his case. But with merits briefing complete, the court is not awaiting any action by the defendants at this time. So, even if such an order could be issued, none is warranted.

Accordingly, IT IS HEREBY ORDERED that the motions for hearing and expedited decision **[ECF Nos. 85, 87, 88, 92] are DENIED.** The court will address Banark's petition in due course.

IT IS FURTHER ORDERED that Banark's request that the Nevada Attorney General's Office Cease and Stop Reassigning New Deputy Attorneys to this case **[ECF No. 90] is also DENIED.**

Dated: July 5, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] ECF No. 90.